**Order entered February 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00011-CV

## IN THE INTEREST OF S.Y., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1206-X-305**

## ORDER

The Reporter's Record is overdue in this parental termination case. In her notice of appeal, Mother states she is presumed indigent. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; (2) written verification that appellant has not requested the record; or (3) written verification that a contest to the affidavit of indigency has been filed and sustained.

Because this is a parental termination case, we remind both the trial court and Ms. Sumler that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that the trial court must direct Ms. Sumler to immediately commence the preparation of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We notify appellant that if we receive verification that no request for the record has been made, or that appellant, if not indigent, has not paid for the record, the appeal will be submitted

without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).  Appellant's brief will be due **TWENTY DAYS** after the reporter's record is filed or we receive notice that no request or no payment for the record has been made.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl C. Lee-Shannon
Presiding Judge of the 305th Judicial District Court

Pamela Sumler
Official Court Reporter, 305th Judicial District Court

/s/ ADA BROWN
   JUSTICE